**Order entered December 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00898-CR

### GISELE BROWN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59808-U**

## ORDER

The Court **REINSTATES** the appeal.

On November 20, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On November 26, 2013, we received the reporter's record. We have also received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the November 20, 2013 order requiring findings.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **DECEMBER 31, 2013**.

We **ORDER** appellant's brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE